BEFORE THE SECOND DIVISION, MAY 13, 1968

**No. P68/236.**—Gwin, White & Prince, Inc., and Harper, Robinson & Co. et al. v. United States, protests 63/7280, etc. (Seattle).

BECKWORTH, J. In accordance with stipulation of counsel that the items of merchandise marked "A" or "B" covered by the foregoing protests consist of steel strips similar in all material respects to those the subject of *Geo. S. Bush & Co., Inc., and Heidner & Co.* v. *United States* (52 Cust Ct. 344, Abstract 68544), the claims of the plaintiffs were sustained.

BEFORE THE SECOND DIVISION, MAY 15, 1968

**No. P68/237.**—Silvine Importers, Inc. v. United States, protest 63/4436 (Philadelphia).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric pots called brewmasters and detachable electric cords with plugs the same in all material respects as those the subject of *Silvine Importers, Inc.* v. *United States* (57 Cust. Ct. 362, C.D. 2821), the protest was dismissed and the matter remanded for further proceedings to a single judge sitting in reappraisement to determine the value of the merchandise in the manner prescribed by law. (28 U.S.C. § 2626(d).)